

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: PRISCILA ARMENDARIZ MIRAMONTES, INDIVIDUALLY, AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO FRANCISCO FERNANDEZ VALLES, Relator. | § § § § § § | No. 08-21-00113-CV AN ORIGINAL PROCEEDING IN MANDAMUS |

## O R D E R

Relator has filed a motion for a stay of proceedings pending resolution of this mandamus action. The motion is GRANTED IN PART. All proceedings arising from the following trial cause numbers from the 34th District Court and El Paso County Probate Court No. 2 are hereby stayed UNTIL FRIDAY, SEPTEMBER 3, 2021:

- Ignacio Javier Fernandez Valles v. Priscila Armendariz Miramontes et al., Cause No. 2019-DCV0260, 34th District Court.

- Ignacio Javier Fernandez Valles v. Priscila Armendariz Miramontes et al., Cause No. 2019-CPR00102, El Paso County Probate Court No. 2.

- Ignacio Javier Fernandez Valles v. Priscila Armendariz Miramontes et al., Cause No. 2019-CPR00098 El Paso County Probate Court No. 2.

IT IS SO ORDERED this 18th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.